# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.: 20-03920-jw |
| ) | |
| **Brenda Marie Hunt aka Brenda Hunt,** ) | CHAPTER 13 |
| Debtor(s) ) | |
| ) | |
| Address: **1532 Dawson Branch Road** ) | |
| **Summerville, SC 29483-7526** ) | **MOTION FOR TEMPORARY** |
| ) | **EXTENSION OF STAY** |
| Last four digits on Social-Security or ) | |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **0480** ) | |
| ) | |

NOW COMES the Debtor, through her attorneys, the Steadman Law Firm, P.A., and for her Motion for Temporary Extension of Automatic Stay as follows:

1. Debtor filed her petition for relief under Chapter 13 on November 13, 2018 in the District of South Carolina.

2. Debtor's case was dismissed on October 1, 2020.

3. Debtor filed a new petition for relief under Chapter 13 of the Bankruptcy Code on October 22, 2020.

4. Debtor is informed and believes that this case is filed in good faith and that her misunderstanding of the technology of the TFS Online Bill Pay service are behind her.

5. There has not been more than one case filed in the one year preceding this filing.

6. Debtor served and filed a Motion to Extend the Automatic Stay along with the notice of hearing on October 28, 2020. The hearing date used was the earliest date on the Court's docket after the expiration of the object deadline for the Charleston Division, December 3, 2020 at 11:00 a.m.

1

7.  As a result of this hearing date, Debtor's request for extending the automatic stay will expire prior to the December 3, 2020 hearing date.

8.  For the foregoing reasons, Debtor is informed and believes that this Court should grant her Order for Temporary Extension of the Automatic Stay until December 3, 2020, at which time the Court can make a final determination on that date for the Motion to Extend the Automatic Stay of the Debtor.

October 28, 2019 /s/ Richard A. Steadman, Jr.
Richard A. Steadman, Jr.
District Court ID #4284
Steadman Law Firm, P.A.
Post Office Box 60367
North Charleston, SC 29419
(843) 529-1100, (Fax) (843) 529-0027
rsteadman@steadmanlawfirm.com
Attorney for Debtor

Case 20-03920-jw    Doc 19    Filed 10/28/20    Entered 10/28/20 15:51:45    Desc Main
Document      Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:** ) | CASE NO.: 20-03920-jw |
| ) | |
| **Brenda Marie Hunt aka Brenda Hunt,** ) | CHAPTER 13 |
| Debtor(s) ) | |
| ) | |
| Address: **1532 Dawson Branch Road** ) | |
| **Summerville, SC 29483-7526** ) | |
| ) | |
| Last four digits on Social-Security or ) | |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **0480** ) | |
| ) | |

## CERTIFICATE OF MAILING

* * * * * *

      I hereby certify that a copy of the within Motion for Temporary Extension of Stay was duly served upon the parties named below either by depositing said papers in the United States Mail at North Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated or electronically through CM/ECF.

October 28, 2020        /s/ Catherine Emory
                                             Catherine Emory, Legal Assistant to
                                             Richard A. Steadman, Jr.
                                             Post Office Box 60367
                                             North Charleston, SC 29419
                                             (843) 529-1100
                                             District Court I.D. #4284
                                             Attorney for the Debtor(s)

**VIA US MAIL**
(see attached list)

**ELECTRONICALLY**
James M. Wyman, Esquire
Chapter 13 Trustee
Post Office Box 997
Mount Pleasant, SC 29465

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 20-03920-jw<br>District of South Carolina<br>Charleston<br>Wed Oct 28 14:37:23 EDT 2020 | AmeriCredit/Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Apria healthcare<br>P. O. Box 536841<br>Atlanta, GA 30353-6841 |
| (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cb Indigo/Gf<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Coast Professional Inc.<br>PO Box 2899<br>West Monroe, LA 71294-2899 | Community Bank/ Talbots<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Debt Recovery Solutions<br>P. O. Box 9003<br>Syosset, NY 11791-9003 | Diversified Consultants<br>P. O. Box 1391<br>Southgate, MI 48195-0391 |
| Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Fedloan Servicing<br>P O Box 69184<br>Harrisburg, PA 17106-9184 | Fedloan Servicing<br>P. o. Box 60610<br>Harrisburg, PA 17106-0610 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Brenda Marie Hunt<br>1532 Dawson Branch Road<br>Summerville, SC 29483-7526 | I C System<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lendmark Financial<br>Attn: Bankruptcy<br>1735 North Brown Rd, Ste 300<br>Lawrenceville, GA 30043-8228 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Monroe&Main<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Navient<br>P.O. Box 9000<br>Wiles Barr, PA 18773-9000 |
| Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Prince William County<br>P.O. Box 2467<br>Woodbridge, VA 22195-2467 |

| | | |
|---|---|---|
| Radiusglobal<br>9550 Regency Square Suite 602<br>Jacksonville, FL 32225-8116 | Rise<br>4150 International Plaza Suite 300<br>Fort Worth, TX 76109-4819 | SC Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211-2265 |
| Richard A. Steadman Jr.<br>STEADMAN LAW FIRM PA<br>P O Box 60367<br>North Charleston, SC 29419-0367 | Trident Asset Management<br>P.O. Box 888424<br>Atlanta, GA 30356-0424 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 |
| US Attorney for SC<br>Wells Fargo Building<br>1441 Main Street, Suite 500<br>Columbia, SC 29201-2897 | US Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0001 | US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403-5609 | Us Dept Ed<br>101 Marietta Tower<br>Atlanta, GA 30323 | Waypoint Resources<br>P.O. Box 1081<br>San Antonio, TX 78294-1081 |
| James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Ascendium Education Solutions, Inc.<br>PO Box 8961<br>Madison WI 53708-8961 | Lendmark Financial Services, LLC<br>2118 Usher Street NW<br>Covington, GA 30014 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Community Bank/Lane Bryant | (d)Fedloan Servicing<br>P.O. Box 60610<br>Harrisburg, PA 17106-0610 | (u)Tbom/Aspire |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45